UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Crystal McClain et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　-against-<br><br>U.S. Bus Charter & Limo, Inc., et al.<br><br>　　　　　　Defendants. | Case No. 20-cv-1717 (RER) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that the above-captioned action is dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

| | |
|---|---|
| **JOSEPH & NORINSBERG, LLC** | **LITTLER MENDELSON, P.C.** |
| By: _____ | By: _____/s/_____ |
| Jon Norinsberg<br>110 East 59th Street, Suite 3200<br>New York, New York<br>(212) 791-5396<br>jon@norinsberglaw.com | Daniel Gomez-Sanchez<br>Matthew R. Capobianco<br>290 Broadhollow Road, Suite 305<br>Melville, New York 11747<br>(631) 247-4700<br>dsgomez@littler.com<br>mcapobianco@littler.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Dated: September 6, 2022 | Dated: September 6, 2022 |

**SO ORDERED:**

_____
U.S. Magistrate Judge

_____
Dated